UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 11-2041 FMO<br><br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is affirmed.

Dated this 28th day of September, 2012.

                                                                           /s/<br>
                                                    Fernando M. Olguin<br>
                                          United States Magistrate Judge