# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS, | NO. ED CV 11-2041 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is affirmed.

Dated this 28th day of September, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge